```
                                    IT IS HEREBY ADJUDGED
                                    and DECREED this is SO
                                    ORDERED.
```



**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Dated: January 21, 2010

_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-31454/0150581684

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Ralph R. Duggan and Lori T. Duggan<br>      Debtors.<br>_____<br>U.S. Bank National Association, as Trustee for WFMBS 2006-AR5 by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage Inc.<br>      Movant,<br>  vs.<br>Ralph R. Duggan and Lori T. Duggan, Debtors, S. William Manera, Trustee.<br><br>      Respondents. | No. 2:09-BK-26838-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #15) |

     Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

     IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated December 16, 2005 and recorded in the office of the Maricopa County Recorder wherein U.S. Bank National Association, as Trustee for WFMBS 2006-AR5 by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage Inc. is the current beneficiary and Ralph R. Duggan and Lori T. Duggan have an interest in, further described as:

> Lot 68, OF VALLEY VISTA PARCEL A AMENDED, according to the Plat of record in the Office of the County Recorder of Maricopa County, Arizona, recorded in Book 759 of Maps, Page 49.
>
> EXCEPTING TEHREFORM, all coal, oil, gas and other meneral deposits, as reserved in the Patent to the land.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2010.

                                                _____
                                                JUDGE OF THE U.S. BANKRUPTCY COURT